An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTORIA SEAMAN, AN INDIVIDUAL; AND CLARK COUNTY REPUBLICAN CENTRAL COMMITTEE, A DOMESTIC NON-PROFIT CORPORATION,
Appellants,
vs.
ROSS MILLER, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF STATE OF NEVADA; JOSEPH GLORIA, IN HIS OFFICIAL CAPACITY AS CLARK COUNTY REGISTRAR OF VOTERS; AND MEGHAN SMITH, AN INDIVIDUAL,
Respondents.

No. 66502

**FILED**

OCT 0 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On September 23, 2014, appellants filed a document entitled, "Notice of Withdraw of Appeal," which we construe as a motion to voluntarily dismiss this appeal. The motion is granted, with the parties to bear their own fees and costs, NRAP 42(b), and we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie Y Lindo_

cc: Hon. Nancy L. Allf, District Judge
Hafter Law
Clark County District Attorney/Civil Division
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-33061